FILED
June 6, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:19-mj-00089-DB |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| ELTON PADILLA, | ) | PERSON IN CUSTODY |
| Defendant. | ) | |
| | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, ELTON PADILLA, Case No. 2:19-mj-00089-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: All available equity in subject property.

___   Co-Signed Unsecured Appearance Bond

_X_   Secured Appearance Bond

_X_   (Other) Conditions as stated on the record.

_X_   (Other) The secured bond paperwork shall be filed by 6/13/2019.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/6/2019 at 3:05 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge