JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
Fax (916) 447-0931

Attorney for Defendant
ELTON PADILLA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELTON PADILLA,<br><br>    Defendant. | No. 19-mj-089 DB<br><br>STIPULATION AND (~~PROPOSED~~) ORDER EXTENDING TIME TO POST PROPERTY BOND |

On June 6, 2019, the Honorable Edmund F. Brennan ordered defendant Elton Padilla released based on a secured bond to be filed by the defense by June 13, 2019. The bond is secured by "all the available equity" in a home owned by the defendant's mother and brother (2221 Burney way, Sacramento, CA).

The Surety has provided the bond documents, and counsel for Mr. Padilla has provided the documents to the government. The government needs additional time to review the documents received from the defense. Additionally, once the documents are approved the defense will need time to have the deed recorded and file the bond.

Accordingly, the parties agree the deadline for posting the property bond may be extended to June 20, 2019. This office has contacted the Assistant United States Attorney, and she has no objection to this request.

1

Dated: June 12, 2019         /s/ John R. Manning
                             JOHN R. MANNING
                             Attorney for Defendant
                             Elton Padilla


Dated: June 12, 2019         McGregor W. Scott
                             United States Attorney


                             by: /s/ Vincenza Rabenn
                             Vincenza Rabenn
                             Assistant United States Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ELTON PADILLA

IN THE UNITED STATES MAGISTRATE COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-mj-089 DB |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER EXTENDING TIME TO POST PROPERTY BOND |
| ELTON PADILLA, | |
| Defendant. | |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to June 20, 2019.

IT IS SO ORDERED.

Dated: June 13, 2019.

_/s/ Edmund F. Brennan_
EDMUND F. BRENNAN
United States Magistrate Judge