John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
ELTON PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19 CR 103 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| GARCIA et al., | Date: February 4, 2020 |
| | Time: 9:15 a.m. |
| Defendants. | Judge: Honorable John A. Mendez |

The United States of America through its undersigned counsel, Vincenza Rabenn, Assistant United States Attorney, together with counsel for defendant Elton Padilla, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on February 4, 2020.

2. By this stipulation, the defendant now moves to continue the matter until April 14, 2020 for a change of plea hearing and to exclude time between February 4, 2020 and April 14, 2020 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

    a. Currently the United States has provided over 400 pages of discovery as well as 21 discs of audio/video.

1

b. The parties in this matter have discussed and are very near resolution. The parties have reached a potential agreement and have been negotiating specifics of a plea agreement. The defense has been invited to provide additional information to the government. Defense counsel will need time to meet with the defendant in order to prepare the noted information (and to discuss with the defendant relevant USSG calculations and sentencing factors). The government will need additional time to review the information and (possibly) amend the draft plea agreement.
c. Counsel for the defendant believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.
d. The Government does not object to the continuance.
e. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial within the original date prescribed by the Speedy Trial Act.
f. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 4, 2020, to April 14, 2020, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the

Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 30, 2020          /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Elton Padilla

Dated: January 30, 2020          McGregor W. Scott
United States Attorney

/s/ Vincenza Rabenn
Vincenza Rabenn
Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO FOUND AND ORDERED this 31st day of January, 2020.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge