John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
ELTON PADILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19 CR 103 JAM |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| GARCIA et al., | ) Date:   January 25, 2022 ) Time:   9:30 a.m. |
| Defendants. | ) Judge:  Honorable John A. Mendez |

The United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Elton Padilla, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on December 14, 2021.

2. By this stipulation, the defendant now moves to continue the status conference until January 25, 2022, and to exclude time between December 14, 2021 and January 25, 2022, under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

   a. Currently the United States has provided over 400 pages of discovery as well as 21 discs of audio/video.

1

      b.      Counsel for Mr. Padilla needs additional time to review the discovery, conduct investigation, interview potential witnesses and discuss the relevant USSG calculations (including application of Safety Valve and/or the First Step Act and recent court cases related thereto) with Mr. Padilla.

      c.      The defense and the prosecution have been and continue to be involved in settlement negotiations in this matter. To that end, the prosecution has asked the defense for additional information which may impact resolution. Counsel for Mr. Padilla has gathered the requested information and is ready to provide the information to the government's counsel. The information being gathered is material to defense preparation as to both trial readiness and/or a negotiated resolution. The government will need time to review the material once provided by the defense.

      d.      Counsel for Mr. Padilla believes the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e.      The Government does not object to the continuance.

      f.      Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

      g.      For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within

which trial must commence, the time period of December 14 2021, to January 25, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 7, 2021         **/S/ John R. Manning**
                                JOHN R. MANNING
                                Attorney for Defendant
                                Elton Padilla

Dated: December 7, 2021         Phillip D. Talbert
                                Acting United States Attorney

                                **/S/Michael M. Beckwith**
                                MICHAEL M. BECKWITH
                                Assistant United States Attorney

///
///
///
///
///
///

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety.

IT IS SO FOUND AND ORDERED this 7th day of December, 2021.

Dated:   December 7, 2021                    /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE