John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
ELTON PADILLA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19 CR 103 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| vs. | |
| ELTON PADILLA, | Date:   March 1, 2022 |
| | Time:   9:30 a.m. |
| Defendants. | Judge:  Honorable John A. Mendez |

   The United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Elton Padilla, John R. Manning, Esq., hereby stipulate the following:

   1.  By previous order, this matter was set for status conference on February 8, 2022.

   2.  By this stipulation, the defendant now moves to continue the status conference until March 1, 2022, at 9:30 a.m., and to exclude time between February 8, 2022 and March 1, 2022, under Local Code T-4 (to allow defense counsel time to prepare).  The parties anticipate the requested date (March 1. 2022) will be a Change of Plea hearing.

   3.  The parties agree and stipulate, and request the Court find the following:

a.   Currently the United States has provided over 400 pages of discovery as well as 21 discs of audio/video.
b.   Counsel for Mr. Padilla needs additional time to review the discovery, conduct investigation, interview potential witnesses and discuss the relevant USSG calculations (including application of Safety Valve and/or the First Step Act and recent court cases related thereto) with Mr. Padilla.
c.   The defense and the prosecution have been and continue to be involved in settlement negotiations in this matter.  The parties are very close to resolution in this matter. The prosecution and defense are engaged in negotiations which may have a profound impact on the structure of any negotiated resolution. The defense needs additional time to research the potential impact of the negotiations on Mr. Padilla's statutory exposure, sentencing guidelines and sentencing related issues.  Once the research is completed, the defense further needs additional time to review and discuss these issues with Mr. Padilla. Finally, the research being conducted by the defense is material to a possible negotiated resolution and/or trial readiness. Should negotiations fail, the matter will proceed to trial and the time between February 8, 2022 and March 1, 2022 will aid in defense trial preparation, independent of (and in addition to) assisting in settlement negotiations.
d.   Counsel for Mr. Padilla believes the failure to grant a continuance in this case would deny defense counsel

       reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e. The government does not object to the continuance.

  f. Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

  g. For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of February 8, 2022, to March 1, 2022, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///

3

```
Dated: February 4, 2022              /S/ John R. Manning
                                     JOHN R. MANNING
                                     Attorney for Defendant
                                     Elton Padilla


Dated: February 4, 2022              Phillip D. Talbert
                                     United States Attorney

                                     /S/Michael M. Beckwith
                                     MICHAEL M. BECKWITH
                                     Assistant United States Attorney
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety.

IT IS SO FOUND AND ORDERED this 4th day of February, 2022.

```
                                     /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     UNITED STATES DISTRICT COURT JUDGE
```