1  JOHN R. MANNING (SBN 220874)
   ATTORNEY AT LAW
2  1111 H Street, #204
   Sacramento, CA 95814
3  (916)444-3994
   jmanninglaw@yahoo.com
4
   Attorney for Defendant
5  ELTON J. PADILLA

                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:19 CR 103 JAM |
| | ) | |
| Plaintiff, | ) | MEMORANDUM |
| | ) | |
| vs. | ) | Date:  June 14, 2022 |
| | ) | Time:  9:30 a.m. |
| ELTON J. PADILLA, | ) | Judge: Honorable John A. Mendez |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Sentencing in this matter, as to Mr. Padilla, is presently set for June 14, 2022, at 9:30 a.m.  The request is to continue Mr. Padilla's judgment and sentencing to October 25, 2022, at 9:30 a.m.  Assistant United States Attorney Michael Beckwith and United States Probation Officer Aylin McFarland have been advised of this request and have no objection.

   The Parties request the Court adopt the following schedule pertaining to the presentence report:

| | |
|---|---|
| **Judgment and Sentencing date:** | **10/25/22 (@ 9:30 a.m.)** |
| Sentencing Memorandum & Reply or Statement of Non-Opposition: | 10/18/22 |
| Motion for Correction of the Presentence Report Shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 10/11/22 |

```
The Presentence Report shall be filed
with the Court And disclosed to counsel
no later than:                                          10/04/22

Counsel's written objections to the
Presentence Report Shall be delivered
to the probation officer and opposing
Counsel no later than:                                  09/27/22

The Presentence Report shall be filed
with the Court And disclosed to counsel
no later than:                                          09/13/22
```

Dated: June 8, 2022                    /S/ John R. Manning
　　　　　　　　　　　　　　　　　　　　JOHN R. MANNING
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　Elton J. Padilla

Dated: June 8, 2022                    Phillip A. Talbert
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　by: /S/ Michael Beckwith
　　　　　　　　　　　　　　　　　　　　MICHAEL M. BECKWITH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of June, 2022.


　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE