JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, #204
Sacramento, CA 95814
(916)444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
ELTON J. PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19 CR 103 JAM |
| | ) |
| Plaintiff, | ) MEMORANDUM |
| | ) |
| vs. | ) Date:  October 25, 2022 |
| | ) Time:   9:00 a.m. |
| ELTON J. PADILLA, | ) Judge: Honorable John A. Mendez |
| | ) |
| Defendant. | ) |
| | ) |

   Sentencing in this matter, as to Mr. Padilla, was set for October 25, 2022, at 9:00 a.m.  The request is to continue Mr. Padilla's judgment and sentencing to January 10, 2023, at 9:00 a.m.  Assistant United States Attorney Michael Beckwith and United States Probation Officer Aylin McFarland have been advised of this request and have no objection.

   The Parties request the Court adopt the following schedule pertaining to the presentence report:

   **Judgment and Sentencing date:**               **01/10/23**
                                                   **(@ 9:00 a.m.)**

   Sentencing Memorandum & Reply or
   Statement of Non-Opposition:                    01/03/23

   Motion for Correction of the Presentence
   Report Shall be filed with the Court and
   served on the Probation Officer and
   opposing counsel no later than:                 12/27/22

| | |
|---|---|
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 12/20/22 |
| Counsel's written objections to the Presentence Report Shall be delivered to the probation officer and opposing Counsel no later than: | 12/13/22 |
| The Presentence Report shall be filed with the Court And disclosed to counsel no later than: | 11/29/22 |

Dated: October 31, 2022                         /S/ John R. Manning
                                                JOHN R. MANNING
                                                Attorney for Defendant
                                                Elton J. Padilla

Dated: October 31, 2022                         Phillip A. Talbert
                                                United States Attorney

                                                by: /S/ Michael Beckwith
                                                MICHAEL M. BECKWITH
                                                Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 31st day of October, 2022.

                                                /s/ John A. Mendez
                                                THE HONORABLE JOHN A. MENDEZ
                                                SENIOR UNITED STATES DISTRICT JUDGE