IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19 CR 103 JAM |
| Plaintiff, | ) ORDER GRANTING APPLICATION TO FILE SPECIFIC SECTIONS OF MR. PADILLA'S SENTENCING MEMORANDUM AND EXHIBTIS "C", "D", "G" and "I" OF MR. PADILLA'S SENTENCING MEMORANDUM UNDER SEAL |
| vs. | |
| ELTON J. PADILLA, | |
| Defendant. | |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the Application to file page 6, line 2, beginning after "for):" through "obesity" on page 6, line 4, and page 6, line 9, beginning after "includes:" through "day" on page 6, line 15, of defendant's sentencing memorandum and Exhibits "C", "D", "G" and "I" of Defendant's sentencing memorandum under seal is granted.  Page 6, line 2, beginning after "for):" through "obesity" on page 6, line 4, and page 6, line 9, beginning after "includes:" through "day" on page 6, line 15, of defendant's sentencing memorandum and Exhibits "C", "D", "G" and "I" of Defendant's sentencing memorandum shall be filed under seal.

Dated:  January 19, 2023      /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE