JOHN R. MANNING (SBN 220874)
LAW OFFICE OF JOHN R. MANNING
1111 "H" Street, Suite 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
ELTON PADILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-19-103 JAM |
| Plaintiff, | [~~PROPOSED~~] ORDER EXONERATING BOND |
| v. | |
| ELTON PADILLA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the appearance bond secured by Deed of Trust #201306190841, is hereby exonerated.  The Clerk of the Court is directed to re-convey the property and send the Deed of Trust back to the owner, Efrain and Margarita Padilla.

Dated: April 24, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1